# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

Judge Edward J. Davila

Courtroom 4 - 5th Floor

## Criminal Minute Order

**TIME IN COURT: 1 hr, 5 mins**

| | |
|---|---|
| **Date:** February 2, 2015 | **U.S. Probation Officer:** N/A |
| **Courtroom Deputy:** Elizabeth Garcia | **U.S. Pretrial Services Officer:** N/A |
| **Court Reporter:** Irene Rodriguez | **Interpreter:** N/A |

**CASE NUMBER**: 5:14-cr-00255-EJD
**TITLE:** USA v. Victor Manuel Torres (C)(P)

Government Attorney(s) present: William Gullotta
Defendant Attorney(s) present: Adam Gasner

**PROCEEDINGS:** Motion to Dismiss (Doc. 19), Motion to Suppress (Doc. 20)

**ORDER AFTER HEARING:**

The Court heard argument on Defendant's Motion to Dismiss and Motion to Suppress. For the reasons stated on the record, the Court DENIED defendant's Motions. The Court set a further Status Hearing for March 16, 2015 at 1:30 PM. Time is excluded from February 2, 2015 through May 5, 2015 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: